We released Kelly v. Alexander, 554 So.2d 343 (Ala. 1989), on April 21, 1989, and denied rehearing on June 16, 1989. We had released Pierce v. Orr, 540 So.2d 1364 (Ala. 1989), on February 24, 1989. Kelly v. Alexander, supra, is in accord with my dissent in Pierce v. Orr. In Kelly v. Alexander, a majority of this Court returned to the law of releases as it had existed prior *Page 1259 
to Pierce v. Orr. I dissented in Pierce v. Orr, because the majority opinion in that case unsettled precedent that had been established by many opinions over many years; therefore, I dissent in this case, because the majority opinion is a departure from Kelly v. Alexander's return to stare decisis.
MADDOX and STEAGALL, JJ., concur.